UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| nHANCE TECHNOLOGIES, INC. | **NOTICE** |
| vs. | **CASE NO.:** 6:09CV00018 |
| TRAX, LLC., et al. | |

**TYPE OF CASE:**

X  CIVIL          CRIMINAL

**TYPE OF PROCEEDING:**

JURY TRIAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

**PLACE:**
U. S. DISTRICT COURT
1101 Court Street
Lynchburg, VA

**PREVIOUS DATE:** November 1 - 5, 2010
**PREVIOUS TIME:** 9:30 a.m.

**CONTINUED TO DATE:** March 14 - 18, 2011
**CONTINUED TO TIME:** 9:30 a.m.

DATE: June 29, 2010

JOHN F. CORCORAN, Clerk of Court

By: ___s/ Fay Coleman___

TO:  All Counsel of Record
     Judge Norman K. Moon
     Brenda Dameron
     File